UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff<br><br>v.<br><br>ALL PROPERTY IN/UNDERLYING<br>E-GOLD ACCOUNT NUMBER:<br>3398013,<br>    Defendant | ]<br>]<br>]<br>] Civil Action No. 07-cv-01332 (RMC)<br>]<br>]<br>]<br>]<br>] |

### VERIFIED CLAIM OF FSI SRL

Now comes claimant FSI SRL, by its undersigned counsel, and claims an interest in the Defendant property pursuant to Supplemental Rule G(5), and states as follows:

1. IDENTITY OF THE SPECIFIC PROPERTY CLAIMED: All property in or underlying E-Gold account #3398013, as set forth in the Complaint herein.

2. IDENTITY OF THE CLAIMANT: FSI SRL, an Italian corporation, address: 18, Aldo Moro, 1-41012 Carpi (MO), Italy; Italian VAT number: 02718550367.

3. CLAIMANT'S INTEREST IN THE PROPERTY: Claimant is the fee simple owner of the deposit account #3398013 consisting of or collateralized by the subject property.

4. CERTIFICATION OF SERVICE ON THE DESIGNATED GOVERNMENT ATTORNEY: A copy of this Claim was faxed and electronically delivered to Assistant United States Attorney William R. Cowden, United States Attorney's Office, 555 Fourth Street, Room 4824, Washington, DC 20530 on the same date this Claim is being filed with the Clerk of Court.

5. REQUEST FOR EXTENSION OF TIME TO FILE CLAIM: Plaintiff's Notice of Forfeiture Action indicates it was mailed to Claimant by ordinary mail on August 23, 2007. Pursuant to Supplemental Rule G(5)(a)(ii)(A) this Claim was to be filed within the time specified in the

said Notice, that is, within 35 days of its mailing, regardless of the date on which it was received, unless the Court for good cause sets a different time. Without leave of Court, this Claim was to be filed no later than September 27, 2007. Claimant, located in Italy, did not receive actual notice of the said Notice of Forfeiture Action until late September 2007 and has only now retained a United States lawyer to represent its interests herein. Claimant respectfully prays that the Court deem these circumstances suficient good cause for late filing of this Claim and allow Claimant's interests in the subject property to be fully considered.

Respectfully submitted,

_____
W. Michael Jacobs, Esquire
DC Unified Bar No. 433683
Law Office of W. Michael Jacobs
30 Corporate Center, Suite 300
10440 Little Patuxent Parkway
Columbia, MD 21044
410-740-5685
410-740-4300 fax
mjacobslaw@gmail.com

VERIFICATION

I, Alessio Zito, an authorized representative and custodian of business records of Claimant FSI SRL, declare under penalty of perjury, pursuant to 28 USC 1746, that the foregoing Claim is based upon information known to me and/or contained in the business records of FSI SRL, and that everything represented herein is true and correct to the best of my knowledge and belief.

Executed this ___11___ day of October, 2007.

_____
Alessio Zito
18, Aldo Moro
I-41021 Carpi
ITALY

2