UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,       ) | Civil No. 07-cv-01332 (RMC) | |
|         Plaintiff ,       ) | | |
|         ) | Next event:  Status conference 8-12-08 | |
| v.       ) | | |
|         ) | | |
| ALL PROPERTY IN/UNDERLYING       ) | | |
| E-GOLD ACCOUNT NUMBER:       ) | | |
|     3398013,       ) | | |
|         Defendant.       ) | | |
| _____) | | |
| FSI SRL,       Claimant.       ) | | |
| _____) | | |

**JOINT MOTION TO EXTEND DISCOVERY**

      Plaintiff UNITED STATES OF AMERICA, and Claimant FSI SRL, by their undersigned counsel, jointly move pursuant to Rule 6(b)(1)(A), Fed.R.Civ.P., and LCvR 7, 16.1, 16.2, 16.3, and 16.4, to extend the discovery deadline in this case for sixty (60) days beyond the current date of August 1, 2008; and to continue the status conference from August 12, 2008 to a date following the new close of discovery.  For cause, the parties state:

      1.      This is a civil forfeiture action in which Plaintiff, United States, maintains that the Defendant property should be subject to forfeiture, under 18 U.S.C. § 981, as the property involved in activity that may be illegal or property that constitutes the proceeds of illegal activity.  Claimant, a duly organized and registered Italian corporation, asserts in response that its own activities took place wholly outside the United States; that its customers are wholly outside the United States; that it had no knowledge the e-Gold operation (which had custody of Claimant's shares of actual gold bullion in storage in depositories outside the United States) had any portion whatsoever of its activities or assets within the territorial jurisdiction of the United States; and that in any event, the business activities of FSI SRL which generated the subject assets were legal

and proper under the laws of all the jurisdictions within which those activities took place and in which FSI SRL was incorporated.

2.	As a result of discussion among all counsel, the parties now recognize that the issues raised by the parties' initial pleadings and affidavits, which include questions of the construction and applicability of foreign law, as well as the territorial extent of United States jurisdiction over FSI SRL, and the details of FSI SRL's business plan as they relate to its use of the subject E-Gold account, are complex and that additional discovery will be necessary to fully prepare the case on both sides.

3.	Claimant FSI SRL has propounded Interrogatories and Requests for Production of Documents on Plaintiff United States, which are due to be answered before the present close of discovery, although it is anticipated that additional time will be necessary for the United States to fully answer those requests.

4.	Plaintiff, United States, has recently propounded a Notice of Deposition on Claimant FSI SRL to take place at 9:30 a.m. on Friday, July 25, 2008 in the District of Columbia. Because Claimant's witnesses would be traveling from Italy and since insufficient time was allotted between the date Notice was served and the date of the proposed deposition for the Duces Tecum aspect of that Notice to be effective under Rule 30(b)(2), the parties have agreed to stipulate to postpone that deposition, in lieu of Claimant filing for a Protective Order, to allow sufficient time for Claimant to present a Motion addressing the issue of personal jurisdiction, and for the Court to rule upon such a motion, which may preclude the need to take the deposition.

5.	In addition to the above reasons, counsel for Claimant has a previously scheduled 4-day jury trial set to begin on August 12, 2008 in the Circuit Court for Howard County,

Maryland, in which he is sole counsel for the Plaintiff. Pursuant to LCvR 16.2(b), counsel for Claimant respectfully requests the Court to accord this jury trial priority over the non-trial Status Conference also set for August 12, 2008 by rescheduling that Status Conference to a date following the new close of discovery in this case, which the parties request extend the current deadline at least sixty (60) days.

      6.      To preserve the timing of the various motion and response filing deadlines set by the Court's December 4, 2007 Scheduling Order, the parties also request that the deadlines for filing, responding to, and replying to dispositive motions also be extended by sixty (60) days.

WHEREFORE, the parties jointly request the Court to enter a new Scheduling Order substantially resembling the proposed Order attached hereto, subject to further Order of this Court.

                                                                           Respectfully submitted,

| /s/ | /s/ |
|---|---|
| William R. Cowden, 426301 | W. Michael Jacobs, 433683 |
| Assistant United States Attorney | LAW OFFICE OF W. MICHAEL JACOBS |
| United States Attorney's Office | 30 Corporate Center, Suite 300 |
| 555 - 4th Street N.W. | 10440 Little Patuxent Parkway |
| Washington, DC 20530 | Columbia, Maryland 21044 |
| 202-514-7700 | 410-740-5685 |
| 202-514-8707 fax | 410-740-4300 fax |
| Attorney for Plaintiff | Attorney for Claimant |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>Plaintiff, )<br>)<br>v. )<br>)<br>**ALL PROPERTY IN/UNDERLYING** )<br>**E-GOLD ACCOUNT NUMBER:** )<br>3398013, )<br>Defendant. )<br>_____)<br>**FSI SRL,** Claimant. )<br>_____) | Civil No. 07-cv-01332 (RMC) |

## MEMORANDUM OF POINTS AND AUTHORITIES

1. Rule 6(b)(1)(A), Fed.R.Civ.P. (Court may freely extend time for any act to be done, for good cause, upon motion by any party filed before the original time has expired).

2. LCvR 7 (Motions practice; points and authorities required; duty to confer).

3. LCvR 16.1 (Scheduling and continuances; discovery plan required; notice to parties required).

4. LCvR 16.2 (Avoidance and resolution of scheduling conflicts; trials have priority).

5. LCvR 16.3 (Duty of counsel to confer on proposed Scheduling Order).

6. LCvR 16.4 (Scheduling Orders; may be modified at any time for good cause).

7. Rule 30(b)(2), Fed.R.Civ.P. (Notice of deposition to a party deponent may be accompanied by a Rule 34 request for documents).

8. Rule 34(b)(2)(A), Fed.R.Civ.P. (30 days must be allowed to respond to a request for documents).

Respectfully submitted,

_____/s/_____          _____/s/_____
William R. Cowden, 426301            W. Michael Jacobs, 433683
Assistant United States Attorney     LAW OFFICE OF W. MICHAEL JACOBS
United States Attorney's Office      30 Corporate Center, Suite 300
555 - 4th Street N.W.                10440 Little Patuxent Parkway

| | |
|---|---|
| Washington, DC 20530 | Columbia, Maryland 21044 |
| 202-514-7700 | 410-740-5685 |
| 202-514-8707 fax | 410-740-4300 fax |
| Attorney for Plaintiff | Attorney for Claimant |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**              ) | Civil No. 07-cv-01332 (RMC) |
| Plaintiff ,                                             ) | |
|                                                                 ) | Next event:  Status conference 8-12-08 |
| v.                                                          ) | |
|                                                                 ) | |
| **ALL PROPERTY IN/UNDERLYING**   ) | |
| **E-GOLD ACCOUNT NUMBER:**         ) | |
| 3398013,                                              ) | |
| Defendant.                                       ) | |
| _____) | |
| **FSI SRL,**            Claimant.                ) | |
| _____) | |

**AMENDED SCHEDULING ORDER**

THE COURT having considered the joint Motion of the parties to amend the Scheduling Order entered herein on December 4, 2007, and for good cause shown, it is this _____ day of July, 2008 hereby ORDERED that:

The discovery completion deadline in this case shall be October 1, 2008; Dispositive Motions are due by November 15, 2008; Responses to Dispositive Motions are due by December 15, 2008; Replies to Dispositive Motions are due by December 31, 2008; and The Status Conference originally set for August 12, 2008 is re-set for October _____, 2008 at _____ a.m./p.m. before Judge Rosemary M. Collyer; and

All other deadlines, discovery limits and other requirements set by Rule or by prior Order of this Court remain in full force and effect except as modified herein.

_____
Rosemary M. Collyer
United States District Judge